# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0678
LT Case No. 2006-CF-014693-A

_____

LAMAR ANTON STANLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Lamar Anton Stanley, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

February 13, 2024

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____